DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

UNITED SERVICES AUTO. ASSN. v.
UNIVERSAL UNDERWRITERS INS. CO.

No. 506PA91

Case below: 104 N.C.App. 206

Petition by defendant (Universal Underwriters Ins. Co.) for discretionary review pursuant to G.S. 7A-31 allowed 5 December 1991.


PETITION TO REHEAR

SWANSON v. STATE OF NORTH CAROLINA

No. 64PA91

Case below: 329 N.C. 576

Petition by plaintiffs to rehear pursuant to Appellate Rule 31 allowed 5 December 1991.